1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| APRIL SUMMERS, as Guardian Ad Litem for ZACHARIAH SUMMERS, a minor child, )<br><br>Plaintiff, )<br><br>vs. )<br><br>MMC MAGNETICS CORPORATION, *et al.*, )<br><br>Defendants. ) | Case No.   2:13-cv-00227-GMN-GWF<br><br>**ORDER OF RECUSAL** |

The undersigned United States Magistrate Judge for the District of Nevada hereby recuses himself from the above-entitled matter in order to avoid the appearance of impropriety, in a proceeding in which his impartiality might reasonably be questioned.  Code of Judicial Conduct, Canon 3(E)(1) and 28 U.S.C. § 455(a).

Based on the foregoing and good cause appearing therefor,

**IT IS ORDERED** that this matter shall be returned to the Clerk of the Court for random reassignment to another Magistrate Judge.

DATED this 25th day of March, 2013.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge