NEIL B. DURRANT, ESQ.
Nevada Bar No. 7324
C. ROBERT PETERSON, ESQ.
Nevada Bar No. 11680
**JOHNS & DURRANT LLP**
316 E. Bridger, Ave.
Second Floor
Las Vegas, Nevada 89101
(702) 834-5000
ndurrant@johnsdurrantlaw.com
bpeterson@johnsdurrantlaw.com

*Attorneys for Defendant*
*MMC MAGNETICS*
*CORPORATION*

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| APRIL SUMMERS, AS GUARDIAN AD LITEM FOR ZACHARIAH SUMMERS, A MINOR CHILD<br><br>Plaintiff,<br><br>vs.<br><br>MMC MAGNETICS CORPORATION, a foreign corporation; MICHAEL A. UNGER, Ph.D., individually and doing business as L MICHAELS JEWELRY; DOES I-X and ROE CORPORATIONS, I-X.<br><br>Defendants. | CIVIL Action No. 2:13-cv-00227<br><br>**Stipulation and Order to Remand to State Court** |

The parties, by and through their respective counsel of record, hereby stipulate to remand the above-captioned case to the Eighth Judicial District Court in and for the State of Nevada.  Each party shall be responsible for its own fees and costs related to the removal and remand of the instant case.

The parties acknowledge the MMC Magnetics Corporation has filed a motion to dismiss currently pending before this Court, which motion Plaintiff opposed.  In signing this stipulation, MMC Magnetics Corporation does not waive its defense of lack of personal jurisdiction and reserves its right to seek dismissal on such grounds in the Eighth Judicial District Court.

/ / /

/ / /

/ / /

Page **1** of **2**

1  Plaintiff reserves the right to oppose MMC Magnetics Corporations' dismissal.

3       RESPECTFULLY SUBMITTED this 25th day of March, 2013.

5  JOHNS & DURRANT LLP                    CAROL F. HAY, P.C.

7  /s/ C. Robert Peterson, Esq.           /s/ Carol F. Hay, Esq.
   NEIL B. DURRANT, ESQ.                  CAROL F. HAY, ESQ.
   Nevada Bar No. 7324                    Nevada Bar No. 8112
8  C. ROBERT PETERSON, ESQ.               428 S. Fourth St.
   Nevada Bar No. 11680                   Las Vegas, NV 89101
9  316 E. Bridger, Ave.                   T: 702-386-0000
   Second Floor                           F: 702-385-2604
10 Las Vegas, Nevada 89101                hay@gmk-law.com
   (702) 834-5000                         *Attorneys for Plaintiff*
11 ndurrant@johnsdurrantlaw.com
   bpeterson@johnsdurrantlaw.com

*Attorneys for Defendant*
13 *MMC MAGNETICS*
   *CORPORATION*

15 PICO ROSENBERGER

17 James R. Rosenberger, Esq.
   JAMES R. ROSENBERGER, ESQ.
   Nevada Bar No. 01047
18 3291 E. Warm Springs Road # 400
   Las Vegas, NV 89120
19 T:702-382-1110
   F: 702-382-1173
20 jrosenberger@prlawlv.com

22                                   **ORDER**

23     **IT IS SO ORDERED** this 26th day of March, 2013.

                                    _____
                                    Gloria M. Navarro
                                    United States District Judge

Page **2** of **2**