NEIL B. DURRANT, ESQ.
Nevada Bar No. 7324
C. ROBERT PETERSON, ESQ.
Nevada Bar No. 11680
**JOHNS & DURRANT LLP**
316 E. Bridger, Ave.
Second Floor
Las Vegas, Nevada 89101
(702) 834-5000
ndurrant@johnsdurrantlaw.com
bpeterson@johnsdurrantlaw.com

*Attorneys for Defendant*
*MMC MAGNETICS*
*CORPORATION*

**JOHNS & DURRANT LLP**
316 E. Bridger Ave., Second Floor
Las Vegas, NV 89101
(702) 834-5000 – Facsimile (702) 834-5001

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| APRIL SUMMERS, AS GUARDIAN AD LITEM FOR ZACHARIAH SUMMERS, A MINOR CHILD | CIVIL Action No. 2:13-cv-00227 |
| Plaintiff, | **Stipulation and Order to Remand to State Court** |
| vs. | |
| MMC MAGNETICS CORPORATION, a foreign corporation; MICHAEL A. UNGER, Ph.D., individually and doing business as L MICHAELS JEWELRY; DOES I-X and ROE CORPORATIONS, I-X. | |
| Defendants. | |

The parties, by and through their respective counsel of record, hereby stipulate to remand the above-captioned case to the Eighth Judicial District Court in and for the State of Nevada.  Each party shall be responsible for its own fees and costs related to the removal and remand of the instant case.

The parties acknowledge the MMC Magnetics Corporation has filed a motion to dismiss currently pending before this Court, which motion Plaintiff opposed.  In signing this stipulation, MMC Magnetics Corporation does not waive its defense of lack of personal jurisdiction and reserves its right to seek dismissal on such grounds in the Eighth Judicial District Court.

/ / /

/ / /

/ / /

Page **1** of **2**

**JOHNS & DURRANT LLP**
316 E. Bridger Ave., Second Floor
Las Vegas, NV 89101
(702) 834-5000 – Facsimile (702) 834-5001

1    Plaintiff reserves the right to oppose MMC Magnetics Corporations' dismissal.

2

3          RESPECTFULLY SUBMITTED this 25th day of March, 2013.

4

5    JOHNS & DURRANT LLP                          CAROL F. HAY, P.C.

6

7    /s/ C. Robert Peterson, Esq.                 /s/ Carol F. Hay, Esq.
     NEIL B. DURRANT, ESQ.                        CAROL F. HAY, ESQ.
     Nevada Bar No. 7324                          Nevada Bar No. 8112
8    C. ROBERT PETERSON, ESQ.                     428 S. Fourth St.
     Nevada Bar No. 11680                         Las Vegas, NV 89101
9    316 E. Bridger, Ave.                         T: 702-386-0000
     Second Floor                                 F: 702-385-2604
10   Las Vegas, Nevada 89101                      hay@gmk-law.com
     (702) 834-5000                               *Attorneys for Plaintiff*
11   ndurrant@johnsdurrantlaw.com
     bpeterson@johnsdurrantlaw.com

12
     *Attorneys for Defendant*
13   *MMC MAGNETICS*
     *CORPORATION*

14

15   PICO ROSENBERGER

16

17   James R. Rosenberger, Esq.
     JAMES R. ROSENBERGER, ESQ.
     Nevada Bar No. 01047
18   3291 E. Warm Springs Road # 400
     Las Vegas, NV 89120
19   T:702-382-1110
     F: 702-382-1173
20   jrosenberger@prlawlv.com

21

22                                **ORDER**

23        **IT IS SO ORDERED** this 26th day of March, 2013.

24

25

26   _____

27        Gloria M. Navarro
          United States District Judge
28

                           Page **2** of **2**